```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 00500
   CAROL L SIMMONS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-9396


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/10/2008 and was not confirmed.

     The case was dismissed without confirmation 04/03/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------
AT & T MOBILITY            UNSECURED     NOT FILED            .00            .00
AT&T                       NOTICE ONLY   NOT FILED            .00            .00
ASSET ACCEPTANCE CORP      UNSECURED        160.52            .00            .00
NATIONAL ACTION FINANCIA   NOTICE ONLY   NOT FILED            .00            .00
ADT SECURITY SYSTEMS       UNSECURED     NOT FILED            .00            .00
AMERICAN FAMILY INSURANC   NOTICE ONLY   NOT FILED            .00            .00
AMERICAN FAMILY INSURANC   NOTICE ONLY   NOT FILED            .00            .00
AMERICAN FAMILY INSURANC   UNSECURED     NOT FILED            .00            .00
AMERICAN FAMILY INSURANC   UNSECURED     NOT FILED            .00            .00
ASPIRE VISA                UNSECURED     NOT FILED            .00            .00
BARCLAYS BANK DELAWARE     UNSECURED     NOT FILED            .00            .00
BARR MANAGEMENT            UNSECURED       1135.60            .00            .00
CASHLAND FINANCIAL         UNSECURED     NOT FILED            .00            .00
CHECK AMERICA              UNSECURED     NOT FILED            .00            .00
CLERK OF THE CIRCUIT COU   UNSECURED     NOT FILED            .00            .00
CLERK OF THE CIRCUIT CT    UNSECURED     NOT FILED            .00            .00
COLLECTION COMPANY OF AM   UNSECURED     NOT FILED            .00            .00
COLLECTION COMPANY OF AM   NOTICE ONLY   NOT FILED            .00            .00
COLLECTION COMPANY OF AM   UNSECURED     NOT FILED            .00            .00
COLLECTION COMPANY OF AM   UNSECURED     NOT FILED            .00            .00
COLLECTION COMPANY OF AM   UNSECURED     NOT FILED            .00            .00
COLLECTION COMPANY OF AM   UNSECURED     NOT FILED            .00            .00
COLLECTION COMPANY OF AM   UNSECURED     NOT FILED            .00            .00
COMCAST                    NOTICE ONLY   NOT FILED            .00            .00
COMCAST                    UNSECURED     NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED     NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED        923.29            .00            .00
COOK COUNTY STATES ATTY    UNSECURED     NOT FILED            .00            .00
COOK COUNTY STATES ATTY    UNSECURED     NOT FILED            .00            .00
COOK COUNTY STATES ATTY    UNSECURED     NOT FILED            .00            .00
JVDB & ASSOC INC           UNSECURED     NOT FILED            .00            .00
FIRST CASH ADVANCE         UNSECURED     NOT FILED            .00            .00
GLOBAL E TELECOM INC       UNSECURED     NOT FILED            .00            .00
FIRST NATIONAL CONSUMER    UNSECURED     NOT FILED            .00            .00
GLOBAL E TELECOM           NOTICE ONLY   NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 00500 CAROL L SIMMONS
```

```
GUARANTY BANK BEST BANK   UNSECURED       NOT FILED              .00         .00
ILLINOIS TITLE LOANS      UNSECURED        1150.36               .00         .00
INGALLS MEMORIAL HOSPITA  NOTICE ONLY     NOT FILED              .00         .00
CBCS                      UNSECURED       10339.95               .00         .00
INGALLS MEMORIAL HOSPITA  UNSECURED       NOT FILED              .00         .00
MEDICAL PAYMENT DATA      NOTICE ONLY     NOT FILED              .00         .00
MEDICAL PAYMENT DATA      NOTICE ONLY     NOT FILED              .00         .00
MEDICAL PAYMENT DATA      NOTICE ONLY     NOT FILED              .00         .00
MEDICAL PAYMENT DATA      NOTICE ONLY     NOT FILED              .00         .00
MEDICAL PAYMENT DATA      NOTICE ONLY           .00              .00         .00
ILLINOIS COLLECTION SE    NOTICE ONLY     NOT FILED              .00         .00
ILLINOIS COLLECTION SE    NOTICE ONLY     NOT FILED              .00         .00
MUTUAL HOSPITAL           UNSECURED       NOT FILED              .00         .00
MUTUAL HOSPITAL           UNSECURED       NOT FILED              .00         .00
MUTUAL HOSPITAL           UNSECURED       NOT FILED              .00         .00
MUTUAL HOSPITAL           UNSECURED       NOT FILED              .00         .00
MUTUAL HOSPITAL           UNSECURED       NOT FILED              .00         .00
MUTUAL HOSPITAL           UNSECURED       NOT FILED              .00         .00
MUTUAL HOSPITAL           UNSECURED       NOT FILED              .00         .00
NEW MILLENNIUM BANK       UNSECURED       NOT FILED              .00         .00
NICOR GAS                 UNSECURED       NOT FILED              .00         .00
PAYPAL INC                UNSECURED       NOT FILED              .00         .00
PEOPLES GAS & LIGHT       UNSECURED         538.57               .00         .00
ROGERS & HOLLAND          UNSECURED         300.00               .00         .00
SULLIVAN URGENT AID CENT  UNSECURED       NOT FILED              .00         .00
THE LOAN MACHINE          UNSECURED       NOT FILED              .00         .00
THE LOAN MACHINE          NOTICE ONLY     NOT FILED              .00         .00
AMANDA ZIRKLE             NOTICE ONLY     NOT FILED              .00         .00
JAMES PRATT JR            NOTICE ONLY     NOT FILED              .00         .00
CAROLYN BUTCHER           NOTICE ONLY     NOT FILED              .00         .00
MIA RIDGNER               NOTICE ONLY     NOT FILED              .00         .00
MUNIRAH HABEEL            NOTICE ONLY     NOT FILED              .00         .00
NATIONAL ACTION FINANCIA  NOTICE ONLY     NOT FILED              .00         .00
AMERICAN FAMILY INSURANC  UNSECURED       NOT FILED              .00         .00
SANTANDER CONSUMER USA    SECURED VEHIC    3500.00               .00         .00
CITY OF CALUMET CITY      UNSECURED         126.41               .00         .00
AURORA LOAN SERVICES LLC  CURRENT MORTG         .00              .00         .00
AURORA LOAN SERVICES      NOTICE ONLY     NOT FILED              .00         .00
COOK COUNTY TREASURER     SECURED          1828.90               .00         .00
COOK COUNTY TREASURER     SECURED          3838.47               .00         .00
COOK COUNTY TREASURER     SECURED          1483.21               .00         .00
COOK COUNTY TREASURER     SECURED           490.33               .00         .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00              .00         .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00              .00         .00
AURORA LOAN SERVICES LLC  MORTGAGE ARRE   13815.00               .00         .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00              .00         .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE   12306.00               .00         .00
COUNTRYWIDE HOME LONES    NOTICE ONLY     NOT FILED              .00         .00
COUNTRYWIDE HOME LONES    NOTICE ONLY     NOT FILED              .00         .00

                    PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00500 CAROL L SIMMONS
```

```
WASHINGTON MUTUAL HOME M NOTICE ONLY    NOT FILED              .00         .00
WASHINGTON MUTUAL HOME M NOTICE ONLY    NOT FILED              .00         .00
WASHINGTON MUTUAL HOME L NOTICE ONLY    NOT FILED              .00         .00
WASHINGTON MUTUAL HOME L NOTICE ONLY    NOT FILED              .00         .00
WASHINGTON MUTUAL BANK    CURRENT MORTG       .00              .00         .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE  10709.00              .00         .00
WASHINGTON MUTUAL BANK    CURRENT MORTG       .00              .00         .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE  14080.38              .00         .00
WASHINGTON MUTUAL         CURRENT MORTG       .00              .00         .00
WASHINGTON MUTUAL         MORTGAGE ARRE   7000.00              .00         .00
WASHINGTON MUTUAL         CURRENT MORTG       .00              .00         .00
WASHINGTON MUTUAL         MORTGAGE ARRE   7280.00              .00         .00
WASHINGTON MUTUAL         NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF DOLTON         PRIORITY       NOT FILED              .00         .00
VILLAGE OF PARK FOREST    PRIORITY       NOT FILED              .00         .00
VILLAGE OF ROBBINS        PRIORITY       NOT FILED              .00         .00
VILLAGE OF ROBBINS        PRIORITY       NOT FILED              .00         .00
SANTANDER CONSUMER USA    UNSECURED       4541.70              .00         .00
ILLINOIS TITLE LOANS      SECURED         1109.82              .00         .00
STARKS & BOYD PC          DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00
```

```
        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       --------------      --------------
TOTALS                       .00                  .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 07/24/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                            PAGE   3
          CASE NO. 08 B 00500 CAROL L SIMMONS